IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DARLENE CHOICE,

    Plaintiff,

vs.                      CASE NO.: 4:06cv482-SPM/WCS

DISC VILLAGE, INC.,

    Defendant.

_____/

## ORDER OF DISMISSAL

Upon notification from counsel for Plaintiff that this case has settled, pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    This case is dismissed with prejudice.

2.    The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 26th day of February, 2007.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge